UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEONTE SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-00003 |
| | ) |
| FRANKE FOODSERVICE SYSTEMS | ) |
| AMERICAS, INC., and | ) |
| RANDSTAD NORTH AMERICA, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. (Doc. No. 23) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE